1  BARRY E. HINKLE, Bar No. 071223
   LINDA BALDWIN JONES, Bar No. 178922
2  NICOLE M. PHILLIPS, Bar No. 203786
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 KELVIN WAYNE,                        ) No.     C07-00789 (CRB)
                                        )
12           Plaintiff,                 ) **STIPULATION TO EXTEND**
                                        ) **DEADLINE FOR DEFENDANT TO**
13      v.                              ) **ANSWER COMPLAINT**
                                        )
14 RESTATED PENSION PLAN FOR THE        )
   INDUSTRIAL CARPENTERS AND            )
15 PRECAST PENSION TRUST FUND, and      )
   BOARD OF TRUSTEES OF THE             )
16 INDUSTRIAL CARPENTERS AND            )
   PRECAST PENSION FUND                 )
17                                      )
             Defendants.                )
18 _____)

19      Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiff and

20 Defendants hereby stipulate to extend the time within which Defendants have to answer or

21 otherwise respond to the Complaint.

22      Plaintiff filed the Complaint in this action on or around February 7, 2007, and Defendants

23 were served with the Complaint and Summons on or around February 12, 2007.  With this

24 stipulation, Defendants' deadline for answering and or otherwise responding to the Complaint is

25 extended from to March 30, 2007.

26      The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully

27 submitted to the Court for approval without the necessity of a hearing.

28      The reason for time extension is that the parties hope to settle this matter.  If the parties are

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  able to reach a settlement, dismissal papers will be submit before this Court.

2

3  Dated: March 20, 2007

4                                    WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation

5
                                     By:   /s/ Nicole M. Phillips
6                                          NICOLE M. PHILLIPS,
                                           Attorneys for Denfendants
7
   Dated: March 20, 2007
8
                                     LEWIS, FEINBERG, LEE, RENAKER & JACKSON,
9                                    P.C.

10

11                                   By:   /s/ Lindsay E. Nako
                                           LINDSAY E. NAKO,
12                                         Attorneys for Plaintiff

13  115427/452010

14

15

16

17

18  IT IS SO ORDERED                  March 23, 2007

19  Judge Charles R. Breyer

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Stipulation to Extend Deadline for Defendants to Answer Complaint (Case No. C 07-00789 (CRB))