```
 1  Teresa S. Renaker – SBN 187800
    Lindsay E. Nako – SBN 239090
 2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    1330 Broadway, Suite 1800
 3  Oakland, CA  94612
    Telephone: (510) 839-6824
 4  Facsimile: (510) 839-7839
    trenaker@lewisfeinberg.com
 5  lnako@lewisfeinberg.com

 6  Attorneys for Plaintiff

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9

10  KELVIN WAYNE,

11                 Plaintiff,                 Case No. C07-00789 (CRB)

12       vs.
                                              NOTICE OF VOLUNTARY DISMISSAL
13  RESTATED PENSION PLAN FOR THE            WITH PREJUDICE; [PROPOSED] ORDER
    INDUSTRIAL CARPENTERS AND                 THEREON
14  PRECAST PENSION TRUST FUND, and
    BOARD OF TRUSTEES OF THE
15  INDUSTRIAL CARPENTERS AND
    PRECAST PENSION FUND,
16
                   Defendant.
17
```

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff Kelvin Wayne voluntarily dismisses the above-captioned action with prejudice.

Respectfully submitted,

DATED: 5/3/07

LEWIS, FEINBERG, LEE,
RENAKER AND JACKSON, P.C.

By _____
Lindsay Nako
Attorneys for Plaintiff

1  **IT IS SO ORDERED.**

3  DATED:   May 4, 2007



Judge Charles R. Breyer
U.S. District Court Judge